■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN MORALES, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on March 24, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Lynch, JJ.

■ In the Matter of FELIPE O., a Person Alleged to be a Juvenile Delinquent, Appellant. — Appeal from order, Family Court, New York County (A. Schwartz, J.), entered on May 24, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Carro, Silverman and Asch, JJ.

■ DUPONT ASSOCIATES, INC., Respondent, v CONGREGATION KEHILATH JACOB, INC., Appellant. — Order, Appellate Term, First Department, entered on May 6, 1982, unanimously affirmed, without costs and without disbursements. The stay of execution of warrant of eviction, previously granted by an order of this court entered on August 5, 1982, is continued until January 3, 1983. No opinion. Concur — Kupferman, J. P., Sullivan, Carro and Milonas, JJ.

■ In the Matter of RICHARD THOMPSON, Appellant, v ROBERT J. MCGUIRE, as Police Commissioner of the City of New York, Respondent. — Order, Supreme Court, New York County (Stecher, J.), entered on November 17, 1981, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sandler, Carro, Asch and Markewich, JJ.

■ In the Matter of ALFRED LICATO, Admitted as ALFRED DE F. LICATO. — Motion for reinstatement denied. Concur — Murphy, P. J., Kupferman, Markewich, Fein and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v LUIS MIRANDA. — Upon the court's own motion, the order of this court entered on October 5, 1982 (90 AD2d 695) is recalled and vacated and determination of defendant's appeal is held in abeyance pending receipt of appellant's pro se supplemental brief for the February, 1983 Term, as indicated in the order of this court. Concur — Sandler, J. P., Sullivan, Markewich and Milonas, JJ.

■ In the Matter of CHARLES SPAR. — Motion granted and an attorney appointed to inventory respondent's files and a referee appointed all as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.